UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FTF LENDING LLC, a Delaware limited liability company<br><br>Plaintiff<br><br>vs.<br><br>BLUE INTERNATIONAL GROUP LLC, a Florida limited liability company, LUCRECIA M. DELMONTE, an individual, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., not in its individual capacity but solely as NOMINEE for HOMEBRIDGE FINANCIAL SERVICES, INC., a New Jersey corporation<br><br>Defendant(s) | CASE NO.: |

COMPLAINT FOR (1) BREACH OF PROMISSORY NOTE, (2) BREACH OF GUARANTY, AND (3) FORECLOSURE OF MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, FIXTURE FILING, AND SECURITY AGREEMENT

7110 Manasota Key, Englewood, Florida 34223
(Parcel ID #0500020012)

Plaintiff FTF Lending LLC, a Delaware limited liability company ("**FTF Lending LLC**"), sues Defendants Blue International Group LLC, a Florida limited liability company ("**Blue International Group LLC**"), Lucrecia M. Delmonte, an

individual ("**Delmonte**"), and Mortgage Electronic Registration Systems, Inc., not in its individual capacity but solely as Nominee for HomeBridge Financial Services, Inc., a New Jersey corporation ("**HomeBridge Financial Services Inc.**"), and states as follows:

## PARTIES

1.  FTF Lending LLC (a) is a limited liability company organized and existing by virtue of the laws of the State of Delaware, (b) maintains a principal place of business at (i) 10 East 23rd Street, Floor 5, New York, New York 10010 and (ii) 1300 East 9th Street, Suite 800, Cleveland, Ohio 44114, and (c) is composed of a single member named Fund That Flip, Inc., which is a corporation organized and existing by virtue of the laws of the State of Delaware, and which maintains a principal place of business at (i) 10 East 23rd Street, Floor 5, New York, New York 10010, and (ii) 1300 East 9th Street, Suite 1400, Cleveland, Ohio 44114. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021-22 (11th Cir. 2004) (the citizenship of a limited liability company for purposes of diversity jurisdiction is determined based on the citizenship of its members). Accordingly, for diversity purposes, FTF Lending LLC is a citizen of the State of Delaware (state of organization of FTF Lending LLC and state of incorporation of FTF Lending LLC's sole member, Fund That Flip, Inc.) the State of New York (state of principal place of business of FTF Lending LLC's sole member, Fund That Flip, Inc.), and

the State of Ohio (state of principal place of business of FTF Lending LLC's sole member, Fund That Flip, Inc.).

2.  Blue International Group LLC (a) is a limited liability company organized and existing by virtue of the laws of the State of Florida, (b) maintains a principal place of business at 8750 NW 36th Street, Suite 250, Doral, Florida 33178, and (c) is composed of a single member named Lucrecia M. Delmonte, who is an individual of the State of Florida and domiciled at 8065 SW 107 Avenue, Unit 112, Miami, Florida 33173.  The aforesaid allegation is based upon (a) a copy of the operating agreement of Blue International Group LLC, (b) a copy of the articles of amendment to articles of organization of Blue International Group LLC filed on August 15, 2022 in the Division of Corporations, Office of Florida Department of State, and (c) a copy of the amended annual report of Blue International Group filed on January 16, 2022 in the Division of Corporations, Office of Florida Department of State.  *See* **Exhibit F**.  For purposes of determining diversity of citizenship, a limited liability company is a citizen of each state in which its member(s) is/are citizen(s).  *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021-22 (11th Cir. 2004) (the citizenship of a limited liability company for purposes of diversity jurisdiction is determined based on the citizenship of its members).  The sole member of Blue International Group LLC is Delmonte.  Delmonte (a) is an individual of the State of Florida, (b) is domiciled at

8065 SW 107 Avenue, Unit 112, Miami, Florida 33173, and (c) is *sui juris*. The aforesaid allegation is based upon proof of homestead (copy of vesting deed and records maintained by the Miami-Dade County Property Appraiser) and the Florida voter registration record of Delmonte. Accordingly, for diversity purposes, Blue International Group LLC is a citizen of the State of Florida (state of organization of FTF Lending LLC and state of citizenship of FTF Lending LLC's sole member, Fund That Flip, Inc.).

3. Delmonte (a) is an individual of the State of Florida, (b) is domiciled at 8065 SW 107 Avenue, Unit 112, Miami, Florida 33173, and (c) is *sui juris*. The aforesaid allegation is based upon proof of homestead (copy of vesting deed and records maintained by the Miami-Dade County Property Appraiser) and the Florida voter registration record of Delmonte. *See* **Exhibit F**. An individual's citizenship is determined by domicile, which is established by residence plus intent to remain. *See Miss. Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989); *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994). In light of the homestead and voter registration records of Delmonte, FTF Lending LLC contends Delmonte is domiciled in the State of Florida and intends to remain in the State of Florida. Accordingly, for purposes of diversity, Delmonte is a citizen of the State of Florida.

4. HomeBridge Financial Services Inc. (a) is a corporation organized and

existing by virtue of the laws of the State of New Jersey, and (b) maintains a principal place of business at 194 Wood Avenue South, Floor 9, Iselin, New Jersey 08830.  The aforesaid allegation is based upon (a) a short form standing certificate from the State of New Jersey, Department of the Treasury, Division of Revenue and Enterprise Services, and (b) a mortgage prepared by HomeBridge Financial Services Inc. for Delmonte related to the hereinafter-defined Property.  *See* **Exhibit F**.  For purposes of determining diversity of citizenship, a corporation is a citizen of each state in which it is incorporated and in which it has its principal place of business.  28 U.S.C. § 1332(c)(1).  Accordingly, for diversity purposes, HomeBridge Financial Services Inc. is a citizen of the State of New Jersey (state of incorporation and state of principal place of business).

## JURISDICTION AND VENUE

5.     Jurisdiction exists in the judicial district comprising the Middle District of Florida pursuant to 28 U.S.C. § 1332(a) as there is complete diversity between all known parties and the matter in controversy exceeds the amount of $75,000.00 exclusive of interest and costs.

6.     Venue is proper in the judicial district comprising the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(2) as (a) a substantial portion of events giving rise to the claims of FTF Lending LLC occurred within Sarasota County,

Florida, and (b) the hereinafter-described Property is situated within Sarasota County, Florida.

## BACKGROUND AND GENERAL ALLEGATIONS

7.  On January 21, 2022, Blue International Group LLC executed a certain commercial promissory note (the "**Note**") dated January 21, 2022 in favor of FTF Lending LLC in the original principal amount of $2,362,000.00, plus interest on the unpaid principal balance. Blue International Group LLC delivered possession of the original Note to FTF Lending LLC. A true and accurate copy of the Note is attached to this Complaint as **Exhibit A** and incorporated herein by reference.

8.  On January 21, 2022, in order to secure repayment of the Note, Delmonte executed a certain guaranty (the "**Guaranty**") dated January 21, 2022 in favor of FTF Lending LLC. Delmonte delivered possession of the original Guaranty to FTF Lending LLC. A true and accurate copy of the Guaranty is attached to this Complaint as **Exhibit B** and incorporated herein by reference.

9.  On January 21, 2022, in order to further secure repayment of the Note, Blue International Group LLC executed a certain mortgage, assignment of leases and rents, fixture filing, and security agreement (the "**Mortgage**") dated January 21, 2022 in favor of FTF Lending LLC. Blue International Group LLC delivered possession of the original Mortgage to FTF Lending LLC. A true and accurate

copy of the Mortgage is attached to this Complaint as **Exhibit C** and incorporated herein by reference.

10. In the Mortgage, Blue International Group LLC granted, mortgaged, and conveyed to FTF Lending LLC and FTF Lending LLC's successors and assigns, with mortgage covenants, all of Blue International Group LLC's right, title, and interest in and to one (1) parcel of real property more commonly known as 7110 Manasota Key, Englewood, Florida 34223 (Parcel ID #0500020012) (individually and/or collectively, the "**Property**") and more fully described as follows:

> The land referred to in this Commitment is described as follows:
>
> THAT PART OF THE SOUTH 171.3 FEET OF THE NORTH 597.4 FEET OF GOVERNMENT LOT 1, SECTION 27, TOWNSHIP 40 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, LYING WEST OF THE 66 FOOT COUNTY ROAD AS DESCRIBED IN DEED BOOK 168, PAGE 474, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.
>
> AND
>
> A PERPETUAL NON-EXCLUSIVE WALKING EASEMENT FOR THE BENEFIT OF THE GRANTEES, THEIR HEIRS, SUCCESSORS AND ASSIGNS, OVER THE FOLLOWING DESCRIBED LANDS LYING AND BEING IN SARASOTA COUNTY, FLORIDA;
>
> THE SOUTH 3 FEET OF THE SOUTH 336.3 FEET OF THE NORTH 762.4 FEET OF GOVERNMENT LOT 1 IN SECTION 27, TOWNSHIP 40 SOUTH, RANGE 19 EAST, FROM THE EASTERLY RIGHT-OF-WAY OF THE 66 FOOT COUNTY ROAD DESCRIBED IN DEED BOOK 168, PAGE 474, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, TO THE SHORES OF LEMON BAY.

> TOGETHER WITH THE NON-EXCLUSIVE RIGHT TO USE ANY DOCKS EXTENDING EASTERLY FROM SAID EASEMENT INTO THE WATERS OF LEMON BAY SO LONG AS SUCH DOCK IS DULY AUTHORIZED AND PERMITTED BY THE COUNTY OF SARASOTA AND/OR FLORIDA DEPARTMENT OF EVIRONMENTAL REGULATION AS RECORDED IN OFFICIAL RECORDS BOOK 2324, PAGE 1134.
>
> Address:    7110 Manasota Key, Englewood, Florida 34223
> Parcel ID:  0500 02 0012

11. The Mortgage was recorded on February 17, 2022 in the Office of the Clerk of the Circuit Court, Sarasota County, Florida as Instrument #2022027821. *See* **Exhibit C**.

12. FTF Lending LLC further perfected the Mortgage by recording a certain Uniform Commercial Code Fixture Filing on February 17, 2022 in the Office of the Clerk of the Circuit Court, Sarasota County, Florida as Instrument #2022027823. A true and accurate copy of the Uniform Commercial Code Fixture Filing is attached to this Complaint as **Exhibit C** and incorporated herein by reference.

13. FTF Lending LLC has performed all conditions precedent required under the Note, the Guaranty, and the Mortgage since January 21, 2022.

14. FTF Lending LLC owns and holds the original Note, the original Guaranty, and the original Mortgage.

15. Delmonte is the current owner of the Property under that certain Quit Claim Deed recorded on March 8, 2022 in the Office of the Clerk of the Circuit

Court, Sarasota County, Florida as Instrument #2022039569, and may be in possession and/or control of the Property. A true and accurate copy of the Vesting Deed is attached to this Complaint as **Exhibit D** and incorporated herein by reference.

16. At the time the Mortgage was recorded, Blue International Group LLC was the owner of the Property under that certain Warranty Deed recorded on February 17, 2022 in the Office of the Clerk of the Circuit Court, Sarasota County, Florida as Instrument #2022027820. *See* **Exhibit D**.

17. FTF Lending LLC has retained the undersigned law firm and is obligated to pay FTF Lending LLC's attorneys a reasonable fee for their services herein, for which Blue International Group LLC and Delmonte, jointly and severally, are liable pursuant to the terms of the Note and the Guaranty.

COUNT ONE – BREACH OF NOTE
(AS ONLY TO DEFENDANT BLUE INTERNATIONAL GROUP LLC)

18. Under Count One of the Complaint, FTF LENDING LLC seeks recovery only against Blue International Group LLC for monetary damages due to Blue International Group LLC's breach of terms under the Note.

19. Pursuant to terms of the Note, Blue International Group LLC promised to pay to FTF Lending LLC and FTF Lending LLC's successors and assigns the principal sum of $2,362,000.00, plus interest and other applicable fees, charges, and costs as further described in the Note.

20. Pursuant to terms of the Note, Blue International Group LLC agreed that the failure to make any payment when due under the Note, within 10 days after the due date for such payment, constitutes an event of default under the Note.

21. Blue International Group LLC failed to pay any amount due to FTF Lending LLC under the Note, including, without limitation, (a) the maturity date balloon payment due on or before January 21, 2023, and (b) all other amounts recoverable under the Loan Documents and not paid within the time permitted under the Loan Documents (individually and collectively, the "**Note Default**").

22. The Note Default constitutes an event of default under the terms of the Note, the Guaranty, and the Mortgage.

23. Pursuant to terms of the Note, Blue International Group LLC agreed that the Note Default entitles FTF Lending LLC to, among other things, (a) institute a default interest rate upon the unpaid principal balance of the loan evidenced by the Note and/or (b) assess a late charge for each payment not submitted when due pursuant to the terms of the Note, as both remedies are further detailed in the Note.

24. On January 17, 2023, FTF Lending LLC mailed a written notice of default (the "**Notice of Default**") to Blue International Group LLC. The Notice of Default notified Blue International Group LLC of the Note Default and provided Blue International Group LLC with a cure period. A true and accurate copy of the

Notice of Default is attached hereto as **Exhibit E** and incorporated herein by reference.

25. Blue International Group LLC failed to cure the Note Default during the cure period, and the Note Default remains ongoing.

26. As of January 31, 2023, Blue International Group LLC owes FTF Lending LLC the following:

| | |
|---|---:|
| Unpaid Principal Balance of Loan | $ 2,362,000.00 |
| Accrued/Unpaid Normal Interest (09/01/22 – 01/31/23) | $ 93,397.50 |
| Accumulated/Unpaid Late Charges | $ 10,086.03 |
| Accrued/Unpaid Default Interest (11/27/22 – 01/31/23) | $ 5,025.16 |
| Discharge Process and Recording Fee | $ 250.00 |
| **Total** | **$ 2,470,758.69** |

plus per diem interest of $1,181.00 from February 1, 2023 and thereafter, and all other amounts recoverable under the Note (the "**Note Balance**").

WHEREFORE, FTF Lending LLC demands judgment against Blue International Group LLC for the Note Balance, damages, prejudgment interest, attorneys' fees, court costs, and such other relief as this Honorable Court deems just and proper.

## COUNT TWO – BREACH OF THE GUARANTY
### (AS ONLY TO DEFENDANT DELMONTE)

27. Under Count Two of the Complaint, FTF Lending LLC seeks recovery only against Delmonte for monetary damages due to Delmonte's breach of terms under the Guaranty.

28. According to terms of the Guaranty, Delmonte guaranteed Blue

International Group LLC's payment of the debt evidenced by the Note and performance of Blue International Group LLC's duties and obligations under the Note and the Mortgage.

29. Pursuant to terms of the Note, Blue International Group LLC promised to pay to FTF Lending LLC and FTF Lending LLC's successors and assigns the aggregate principal sum of $2,362,000.00, plus interest and other applicable fees, charges, and costs as further described in the Note.

30. Pursuant to terms of the Note, Blue International Group LLC agreed that the failure to make any payment under the Note when due constitutes an event of default under the Note.

31. Blue International Group LLC failed to pay any amount under the Note when due to FTF Lending LLC. *See* Note Default.

32. The Note Default constitutes an event of default under the terms of the Note, the Guaranty, and the Mortgage.

33. Pursuant to terms of the Note, Blue International Group LLC agreed that the Note Default entitles FTF Lending LLC to, among other things, (a) institute a default interest rate upon the unpaid principal balance of the loan evidenced by the Note and/or (b) assess a late charge for each payment not submitted when due pursuant to the terms of the Note, as both remedies are further detailed in the Note.

34. On January 17, 2023, FTF Lending LLC mailed the Notice of Default to Delmonte. The Notice of Default notified Delmonte of the Note Default and provided Delmonte with a cure period. *See* **Exhibit E**.

35. Delmonte failed to cure the Note Default during the cure period, and the Note Default remains ongoing.

36. As of January 31, 2023, Delmonte owes FTF Lending LLC the following:

| | |
|---|---:|
| Unpaid Principal Balance of Loan | $ 2,362,000.00 |
| Accrued/Unpaid Normal Interest (09/01/22 – 01/31/23) | $ 93,397.50 |
| Accumulated/Unpaid Late Charges | $ 10,086.03 |
| Accrued/Unpaid Default Interest (11/27/22 – 01/31/23) | $ 5,025.16 |
| Discharge Process and Recording Fee | $ 250.00 |
| **Total** | **$ 2,470,758.69** |

plus per diem interest of $1,181.00 from February 1, 2023 and thereafter, and all other amounts recoverable under the Guaranty (the "**Guaranty Balance**").

WHEREFORE, FTF Lending LLC demands judgment against Delmonte for the Guaranty Balance, damages, prejudgment interest, attorney's fees, court costs, and such other relief as this Honorable Court deems just and proper.

### COUNT THREE – FORECLOSURE OF MORTGAGE
### (AS ONLY TO DEFENDANTS BLUE INTERNATIONAL GROUP LLC, DELMONTE, AND HOMEBRIDGE FINANCIAL SERVICES INC.)

37. Under Count Three of the Complaint, FTF Lending LLC seeks recovery only against Blue International Group LLC, Delmonte, and HomeBridge Financial Services Inc. for in rem damages related to FTF Lending LLC's Mortgage

against the Property.

38. Pursuant to terms of the Note, Blue International Group LLC promised to pay to FTF Lending LLC and FTF Lending LLC's successors and assigns the aggregate principal sum of $2,362,000.00, plus interest and other applicable fees, charges, and costs as further described in the Note.

39. Pursuant to terms of the Note, Blue International Group LLC agreed that the failure to make any payment when due under said Note constitutes an event of default under said Note.

40. Blue International Group LLC failed to pay any amount due to FTF Lending LLC under the Note. *See* Note Default.

41. The Note Default constitutes an event of default under the terms of the Note, the Guaranty, and the Mortgage.

42. Pursuant to terms of the Note, Blue International Group LLC agreed that the Note Default entitles FTF Lending LLC to, among other things, (a) institute a default interest rate upon the unpaid principal balance of the loan evidenced by said Note and/or (b) assess a late charge for each payment not submitted when due pursuant to the terms of said Note, as both remedies are further detailed in said Note.

43. Based upon the Note Default, FTF Lending LLC has the rights and remedies available under law or in equity, including, without limitation, the right

to foreclose the Mortgage against the Property.

44. Blue International Group LLC may claim an interest in the Property, or any part thereof, by virtue of a claim, encumbrance, interest, or lien in the Property.

45. Delmonte may claim an interest in the Property, or any part thereof, by virtue of a claim, encumbrance, interest, or lien in the Property.

46. HomeBridge Financial Services Inc. may claim an interest in the Property, or any part thereof, by virtue of a claim, encumbrance, interest, or lien in the Property, including, without limitation, that certain mortgage dated February 25, 2022 in the original principal amount of $2,249,250.00 and recorded on March 8, 2022 in the Office of the Clerk of the Circuit Court, Sarasota County, Florida as Instrument #2022039753.

47. In order to protect the lien and security of the Mortgage during the pendency of the within action, FTF Lending LLC may be required to pay insurance premiums, real estate taxes, assessments, water charges, sewer charges, attorneys' fees, repairs and other expenses or charges affecting the Property.  FTF Lending LLC requests that any amount so paid and expended by FTF Lending LLC during the pendency of the within action be added, pursuant to the terms of the Mortgage, to FTF Lending LLC's claim and be repaid to FTF Lending LLC from the proceeds of the sale of the Property, together with interest thereon from the date such

expenditures are made and that the same be added to the amounts due to FTF Lending LLC and secured by the Mortgage.

WHEREFORE, FTF Lending LLC respectfully demands (a) judgment of foreclosure and sale of the Mortgage in favor of FTF Lending LLC and against Blue International Group LLC, (b) an Order fixing the total amount due under the Mortgage at the Note Balance, (c) an Order (i) requiring Blue International Group LLC and Delmonte to answer as to each of its/his respective claim, encumbrance, interest and/or lien, if any, in and to the Property, or forever be barred, and (ii) barring and foreclosing the equity of redemption of Blue International Group LLC in and to the Property, (d) an Order (i) marshalling all claims, encumbrances, interests and/or liens in and to the Property, and (ii) determining the priorities of all Parties to the within action, (e) an Order adjudging the Property be sold according to law and Order(s) of this Honorable Court to satisfy the total amount due to FTF Lending LLC under the terms of the Mortgage, and (f) and such other relief as this Honorable Court deems just and proper.

Respectfully submitted by:

*s/ Brittany J. Mills*

| | |
|---|---|
| CHRISTOPHER A. WALKER, ESQUIRE | MICHAEL J. PALUMBO, ESQUIRE[1] |
| Florida Bar No. 114793 | michael@gplawllc.com |
| cwalker@lippes.com | Gingo Palumbo Law Group LLC |
| BRITTANY J. MILLS, ESQUIRE | 4700 Rockside Road, Suite 440 |
| Florida Bar No. 1018337 | Independence, Ohio 44131 |
| bmills@lippes.com | T: (216) 503-9512 |
| Lippes Mathias LLP | F: (888) 827-0825 |
| 10151 Deerwood Park Boulevard | |
| Building 300, Suite 300 | |
| Jacksonville, Florida 32256 | |
| T: (904) 660-0020 | |
| F: (904) 660-0029 | |

*Counsel for the Plaintiff*

---

[1] Motion for *pro hac vice* admission to be filed.